UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SINGLETARY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 09-752 (CKK) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| *Defendant.* ) | |

**Joint Discovery Plan**

Pursuant to the Scheduling and Procedures' Order, dated April 14, 2010, the parties submit the following discovery plan.

**Written discovery requests** will be served by May 5, 2010, except that requests for admission that deal only with the authentication and/or admissibility of documents may be served no later than June 11, 2010.

**Depositions** may be taken during the period May 31–June 4 and/or July 1–July 13, assuming that there have been no unresolved material disputes over answers to interrogatories or to document requests.  The parties will cooperate with one another with respect to the scheduling of specific dates.  A t this time, the parties anticipate that the plaintiff will want to take a Rule 30(b)(6) deposition of the defendant and that the defendant will want to depose the plaintiff.  After initial disclosures and responses to written discovery have been served, the parties may identify additional witnesses they want to depose.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Edward Sussman, No. 174623<br>edwardsussman@yahoo.com<br>601 Pennsylvania Ave., NW<br>Suite 900—South Building<br>Washington, D.C. 20004<br>(202) 737-7110 | Steven R. Kiersh, No. 323329<br>skiersh@aol.com<br>5335 Wisconsin Ave., N.W., Suite 440<br>Washington, D.C. 20015<br>(202) 347-0200 |
| */s/ Stephen C. Leckar*<br>Stephen C. Leckar, No. 281691<br>steve@s-plaw.com<br>Shainis & Peltzman, Chartered<br>1850 M St., NW, Suite 240<br>Washington, DC 20036<br>(202) 742-4242 | */s/ Neal Goldfarb*<br>Neal Goldfarb, No. 337881<br>ngoldfarb@ButzelTP.com<br>Butzel Long Tighe Patton, PLLC<br>1747 Pennsylvania Ave., NW, Suite 300<br>Washington, D.C. 20006<br>(202) 454-2826 |

*Counsel for Plaintiff Charles Singletary*

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Patricia A. Jones*
PATRICIA A. JONES (428132)
Chief, General Litigation Section IV

*/s/ Heather Skeeles-Shiner*
HEATHER R. SKEELES-SHINER (989378)
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, D.C.  20001
Direct Line: (202) 442-9845; (202) 727-6295
Facsimile:(202) 741-0644

*Counsel for Defendant*