Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**DEC 1 2 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**CHARLES SINGLETARY**

Plaintiff(s)

V.

Civil Action No. 09-0752 (ABJ)

**DISTRICT OF COLUMBIA**

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable Amy Berman Jackson, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

CHARLES SINGLETARY

have and recover of and from the defendant(s):

DISTRICT OF COLUMBIA

the sum of Two Million Three Hundred Thousand Dollars ($2,300,000.00) together with costs.

ANGELA D. CAESAR, Clerk

Dated: December 12, 2011         By: _____
                                      Deputy Clerk