UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
CHARLES SINGLETARY,                      )
                                                          )
              Plaintiff,             )
                                                          )
    v.                                              )    Civil Action No. 09-0752 (ABJ)
                                                          )
DISTRICT OF COLUMBIA,                     )
                                                          )
              Defendant.           )
_____)

## ORDER

On October 27, 2014, this matter was remanded to the Court for further proceedings consistent with the September 12, 2014 opinion of the United States Court of Appeals for the District of Columbia Circuit.

On November 3, 2014, the Court informed the parties that in light of the remand, it intended to vacate its December 12, 2011 judgment in favor of the plaintiff pursuant to Federal Rule of Civil Procedure 60(b)(5) and to enter an order granting judgment in favor of the defendant as a matter of law under Rule 50(e).  In its minute order dated November 3, 2014, the Court directed the parties to inform the Court on or before November 14, 2014 if either was of the view that some other ruling or procedure would be necessary to comply with the Circuit Court's opinion and order.

Neither party has responded to the minute order of November 3.  Therefore, in light of the decision of the Court of Appeals in this matter, it is ORDERED that, pursuant to Federal Rule of Civil Procedure 60(b)(5), the judgment entered in favor of plaintiff in this case on

December 12, 2011 is hereby vacated, and judgment is entered in favor of the defendant as a matter of law pursuant to Rule 50(e).

**SO ORDERED**.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: December 24, 2014